LAURA A. STOLL (SBN 255023)
lstoll@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax.: 213.623.1673

JAMES W. MCGARRY (*pro hac vice*)
jmcgarry@goodwinlaw.com
COURTNEY L. HAYDEN (*pro hac vice*)
chayden@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Fax.: 617.523.1231

Attorneys for Defendant:
**BANK OF AMERICA, N.A.**

[*Additional counsel listed in signature block*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| FLINT W. MURFITT, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:13-cv-01182-JGB (SPx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge:      Hon. Jesus G. Bernal<br>Courtroom: 1 |

1 Having considered Plaintiff Flint Murfitt and Defendant Bank of America,
2 N.A.'s Joint Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED
3 THAT Plaintiff's claims and the above-captioned action are DISMISSED WITH
4 PREJUDICE, WITHOUT COSTS AND FEES, AND WAIVING ALL RIGHTS OF
5 APPEAL.
6 **IT IS SO ORDERED.**

Dated: January 5, 2017

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2